PHILLIP A. TALBERT
United States Attorney
SAMUEL WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2772
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHEK CHAU WONG, ET AL.,<br><br>    Defendants. | Case No. 2:09-CR-524-GEB<br><br>**ORDER TO UNSEAL AND DISMISS THE INDICTMENT**<br><br>Court:  Hon. Garland E. Burrell<br>No Hearing Requested |

**ORDER**

The Court having received, read, and considered the <u>ex parte</u> motion of plaintiff United States of America for an order to unseal and dismiss without prejudice the Indictment filed on December 10, 2009, and good cause appearing therefrom, it is hereby ordered that the motion of the United States is hereby granted in its entirety and the Indictment is hereby ordered unsealed and dismissed without prejudice.

It is so ORDERED.

Dated:  March 23, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1

Plaintiff's Motion To Unseal And Dismiss Indictment